IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MAGED F. NESHEIWAT,

        Plaintiff,

v.                                                **Civil No.  3:12-cv-00075-JRS**

LEASE FINANCE GROUP, LLC,
NORTHERN LEASING SYSTEMS, INC.,

        Defendants.

## **NOTICE OF APPEARANCE**

Please note the appearance of Grant E. Kronenberg of Morris & Morris, P.C., as counsel of record for Defendants Lease Finance Group, LLC and Northern Leasing System, Inc. in this case.

                                    /s/_____
                                    Grant E. Kronenberg
                                    Virginia State Bar #65647
                                    Attorney for Defendants
                                    Morris & Morris, P.C.
                                    P.O. Box 30
                                    Richmond, VA 23218-0030
                                    Phone:  (804) 344-8300
                                    Fax:  (804) 344-8359
                                    gkronenberg@morrismorris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Jason Meyer Krumbein
Krumbein Consumer Legal Services, Inc.
5310 Markel Road
Suite 102
Richmond, VA 23230
804-303-0204
Fax: 804-303-0209
KrumbeinLaw@gmail.com
*Counsel for Plaintiff*

/s/_____
Grant E. Kronenberg
Virginia State Bar #65647
Attorney for Defendants
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8359
gkronenberg@morrismorris.com