IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MAGED F. NESHEIWAT,

      Plaintiff,

v.                                                     **Civil No.  3:12-cv-00075-JRS**

LEASE FINANCE GROUP, LLC,
NORTHERN LEASING SYSTEMS, INC.,

      Defendants.

DEFENDANT NORTHERN LEASING SYSTEMS, INC.'s
FINANCIAL INTEREST DISCLOSURE STATEMENT

    1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant Northern Leasing Systems, Inc., in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities: none.

    2.    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Northern Leasing Systems, Inc., hereby discloses to the Court as follows: no public company owns 10 percent or more of the stock in Northern Leasing Systems, Inc.

Respectfully submitted,

/s/_____
Grant E. Kronenberg
Virginia State Bar #65647
Attorney for Defendants
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8359
gkronenberg@morrismorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Jason Meyer Krumbein
Krumbein Consumer Legal Services, Inc.
5310 Markel Road
Suite 102
Richmond, VA 23230
804-303-0204
Fax: 804-303-0209
KrumbeinLaw@gmail.com
*Counsel for Plaintiff*

/s/_____
Grant E. Kronenberg
Virginia State Bar #65647
Attorney for Defendants
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone: (804) 344-8300
Fax: (804) 344-8359
gkronenberg@morrismorris.com